NORTH CAROLINA INDUSTRIAL COMMISSION

I.C. Nos. TA-30082 through TA-30084, ALTON SHARAN SAPP, Plaintiff v. MATTHEWS POLICE DEPARTMENT and TOWN OF MATTHEWS, Defendants.

Order by ROBERT J. HARRIS, Senior Deputy Commissioner

FILED: May 9, 2022

These three tort claims are before the undersigned on the Tort Claim Affidavits and Petitions to Sue as an Indigent Person filed by Plaintiff on May 4, 2022. Plaintiff does not name any agency of the State of North Carolina as a defendant in any of these three tort claims. Rather, his allegations in all three of these tort claims are set out entirely against the Matthews Police Department and Town of Matthews, based entirely on alleged acts and/or omissions by their employees and agents.

APPEARANCES

Plaintiff: No Counsel of Record. sapp.alton719@gmail.com

438 Lawson Road
Waynesboro, GA 30830

Defendants: No Counsel of Record.

\* \* \* \* \* \* \* \* \* \*

Pursuant to N.C. Rule of Civil Procedure 12(h)(3), and based upon the foregoing and based upon a careful review of the Tort Claim Affidavits filed by Plaintiff in all three of these tort claims, and it appearing, pursuant to N.C. Gen. Stat. § 143-291, that the Industrial Commission does not have jurisdiction over any of these three tort claims, IT IS HEREBY ORDERED that each and every one of these three tort claims is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Petitions to Sue as an Indigent Person are disapproved.

No costs are assessed at this time.

[Handwritten annotation: Proof of filing and Service of Process to qualified entity to accept process or behalf of defendant.]

ROBERT J. HARRIS
SENIOR DEPUTY COMMISSIONER

CODE: 125

NORTH CAROLINA INDUSTRIAL COMMISSION
DOBBS BUILDING
430 NORTH SALISBURY STREET
RALEIGH, NORTH CAROLINA 27611

N.C. Gen. Stat. § 143-292 TORT CLAIMS

ATTACHED HERETO IS A COPY OF THE DECISION AND ORDER IN YOUR CASE PREVIOUSLY HEARD BY THE COMMISSION. THE LAW (G.S. § 143-292) ALLOWS ANY PARTY FIFTEEN (15) DAYS FROM THE DATE OF RECEIPT OF THIS OPINION AND AWARD WITHIN WHICH TO APPEAL IN WRITING FOR REVIEW IN RALEIGH, NORTH CAROLINA, BY THE FULL COMMISSION.

**THE NOTICE OF APPEAL IS TO BE FILED WITH THE COMMISSION VIA ELECTRONIC DOCUMENT FILING PORTAL PURSUANT TO 11 NCAC 23B .0104.**

**PARTIES WHO DO NOT HAVE LEGAL REPRESENTATION MAY MAIL THE NOTICE TO THE ATTENTION OF THE CLERK'S OFFICE, NORTH CAROLINA INDUSTRIAL COMMISSION 1236 MAIL SERVICE CENTER, RALEIGH, NORTH CAROLINA 27699-1236.**

SHOULD AN APPEAL NOT BE FILED WITH THE COMMISSION WITHIN THE TIME PRESCRIBED BY LAW, THE ATTACHED OPINION AND AWARD SHALL BE FINAL AND BINDING.

THE ABOVE NOTICE ALSO APPLIES TO A DECISION AND ORDER OR ORDER OF DISMISSAL WITH PREJUDICE.

## NORTH CAROLINA INDUSTRIAL COMMISSION
## DEPUTY COMMISSIONER SECTION

### Date: May 9, 2022

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the attached document was sent to the following parties and persons on the date and in the manner specified below.

**I.C. Nos. TA-30082 through TA-30084, ALTON SHARAN SAPP, Plaintiff v. MATTHEWS POLICE DEPARTMENT and TOWN OF MATTHEWS, Defendants.**

Plaintiff:  ☒ Email: sapp.alton719@gmail.com

☐ First-Class Mail:

☒ Certified Mail: Alton Sharan Sapp
70151730000088235549  438 Lawson Road
Waynesboro, GA 30830

Defendant(s): ☐ Email:

☐ Certified Mail

☐ First-Class Mail:

Certified By: _____

Sandra P. Cortes
Senior Legal Assistant
Telephone: 919-807-2529
Email: Sandra.cortes@ic.nc.gov

# USPS Priority Mail Express Label

**EJ 920 797 535 US**

**FROM:**
Alton Sharon Sapp
438 Lawson Road
Waynesboro, GA 30830

**TO:**
Matthews Police Department
1201 Crews Drive
Matthews, NC 28105

ZIP+4: 28105

**Origin (Postal Service Use Only):**
- 2-Day: ☒
- Date Accepted: 5/04/22
- Time Accepted: 11:00 AM
- Flat Rate: ☒

$100.00 insurance included.

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

# USPS PRIORITY MAIL EXPRESS

**EJ 920 797 549 US**

**FROM:** (PLEASE PRINT)
Alton Sharan Sapp
438 Lawson Road
Waynesboro, GA. 30830

**TO:** (PLEASE PRINT)
Town of Matthews
232 Matthews Station Street
Matthews, NC. 28105

ZIP+4: 28105-____

☒ 2-Day

Date Accepted: 5/04/22
Time Accepted: 11:00 AM
Flat Rate

$100.00 Insurance Included.

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996