Alton Sharan Sapp
438 Lawson Road
Waynesboro, GA. 30830

RECEIVED
Charlotte, NC

AUG 16 2022

Clerk, US District Court
Western District NC

United States Courthouse
Charles R. Jones Federal Building
401 West Trade Street, Room 1301
Charlotte, NC. 28202

U.S. POSTAGE PAID
FCM LG ENV
WAYNESBORO, GA
30830
AUG 08, 22
AMOUNT
$1.92
R2305E124957-7